Alexander Chen [SBN 245798]
William R. Walz [SBN 136995]
Theodore Lee [SBN 281475]
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Dr., Suite 800
Irvine, California 92618
Telephone: (714) 932-6659

Attorneys for Plaintiff,
1030 Ohio, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **1030 OHIO, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**RUBICON MORTGAGE FUND, LLC**, a California limited liability company; **OLD REPUBLIC TITLE COMPANY**, a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 3:19-CV-03555-EMC<br><br>**NOTICE OF DISMISSAL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that Plaintiff, 1030 Ohio, LLC, ("Plaintiff") hereby voluntarily dismisses, **<u>with prejudice</u>**, the above captioned action in its entirety, pursuant to a settlement reached between the parties.

---

NOTICE OF DISMISSAL

- 1 -

Pursuant to Fed. Rules of Civil Proc., Rule 41(a)(1)(i), Plaintiff has the absolute right to dismiss the action "without order of the court" by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment" *Id.*; See *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.* (9th Cir. 1999) 193 F.3d 1074, 1077.

Dated: August 1, 2019			By:	/s/ Alexander Chen
						Alexander Chen, Esq.
						InHouse Co. Law Firm
						Attorney for Plaintiff, 1030 Ohio LLC



Dated: 8/1/2019

NOTICE OF DISMISSAL